**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 19-6658

ABDUL-HASIB AL-MUSAWWIR,

            Petitioner - Appellant,

    v.

HAROLD W. CLARKE, Director, Virginia Dept. of Corrections,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:19-cv-00006-RGD-RJK)

Submitted:  July 16, 2019                                        Decided:  July 19, 2019

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abdul-Hasib Al-Musawwir, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul-Hasib Al-Musawwir appeals the district court's order accepting the recommendation of the magistrate judge and determining that his 28 U.S.C. § 2254 (2012) petition was an unauthorized, successive petition and dismissing the petition without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Al-Musawwir v. Clarke*, No. 2:19-cv-00006-RGD-RJK (E.D. Va. filed Apr. 11, 2019; entered Apr. 12, 2019). We deny as unnecessary a certificate of appealability. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*